# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WAYNE AUTOMATIC FIRE SPRINKLERS, INC.,**

      **Plaintiff,**

v.                                                        Case No:   6:16-cv-321-Orl-22KRS

**INSYS THERAPEUTICS, INC., GESSLER CLINIC, P.A., EDWARD LUBIN, UMR, INC. and OPTUMRX, INC.,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion to Remand for Lack of Unanimity (Doc. No. 28).   Subsequent to Removal, Defendant Insys Therapeutics, Inc. filed a Notice of Non-Consent to Removal (Doc. Nos. 23).

Based on the foregoing, it is ordered as follows:

1. Plaintiff's Unopposed Motion to Remand for Lack of Unanimity (Doc. No. 28) is GRANTED.

2. This case is hereby REMANDED to the Circuit Count of the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2016-ca-000684-o, Complex Business Litigation Court.

3. The Clerk is directed to CLOSE the file.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Clerk, Ninth Judicial Circuit, in and for Orange County, Florida